## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

DAHLIA ARAUJO,                                      Docket No.: 1:25-cv-02171-AMD-JAM

      Plaintiff,

-against-

AMERICAN EXPRESS COMPANY, et al.                    **NOTICE OF VOLUNTARY DISMISSAL AS TO AMERICAN EXPRESS COMPANY ONLY**

      Defendant(s),
_____/

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Dahlia Araujo and or her counsel, hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against American Express Company only.

Dated: May 19, 2025

                                                  Respectfully submitted,

                                                  _____
                                                  Subhan Tariq, Esq.
                                                  Tariq Law PC
                                                  **Attorney for Plaintiff**
                                                  99 Park Avenue, Suite 1530
                                                  New York, NY 10016
                                                  Telephone: (212) 804-9095
                                                  Email: subhan@tariqlaw.com